United States District Court
Southern District of Texas
**ENTERED**
May 31, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN NOVICK, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-1020 |
| SHIPCOM WIRELESS, INC., | § § | |
| Defendant. | § § | |

## **FINAL JUDGMENT**

On the 9th day of May, 2018, this case came on for trial to the Court and, after all parties rested and closed the evidence, the Court heard and considered the arguments and authorities of counsel, and on this day the Court has signed its Findings of Fact and Conclusions of Law made pursuant to Rule 52 of the Federal Rules of Civil Procedure. Accordingly, for the reasons set forth in the Findings of Fact and Conclusions of Law separately signed this day, it is

ORDERED and ADJUDGED that Plaintiff Justin Novick TAKE NOTHING on all claims and causes of action alleged against Defendant Shipcom Wireless, Inc., and Plaintiff's case is DISMISSED on the merits.

All other and further relief sought herein by any party and not expressly granted is DENIED.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, on this 31ST day of May, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE